108 A.3d 1277

COMMONWEALTH of Pennsylvania, Respondent

v.

Albert TROCHE Jr., Petitioner.

No. 201 MM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Application for Extraordinary Relief is **DENIED.**